IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL WHITE,

    Plaintiff,

  v.

NICOLE KRAHENBUHL,

    Defendant.

Case No. 18-cv-976-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 4/16/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |